UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STARR INDEMNITY & LIABILITY COMPANY | * * * | CIVIL ACTION NO. 2:23-cv-00673 |
| VERSUS | * * | JUDGE JANE TRICHE MILAZZO |
| CASHMAN EQUIPMENT CORP., SERVICIO MARINA SUPERIOR, LLC, and CHM MARITIME SAPI DE C.V. | * * * | MAG. JUDGE JANIS VAN MEERVELD |

* * * * * * * * * * * * * * * * *

**ORDER**

CONSIDERING THE FOREGOING Motion for Leave to File Court-Ordered First Amended Complaint for Declaratory Judgment,

IT IS ORDERED that the motion is be and hereby is GRANTED.

New Orleans, Louisiana, this ____ day of July 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

G:\653-67\FW\PLDG\0020